UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH, AKA Sonny,<br><br>Defendant. | Case No.: 3:19-CV-00591-LRH<br>Case No.: 3:13-CR-00118-LRH-WGC<br><br>C/A No. 20-16492<br><br>ORDER ON MANDATE |

The above-entitled cause, having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having affirmed the District Court on January 4, 2022, issued its mandate, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS SO ORDERED.

DATED this 5th day of January, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE